IN THE FIRST COURT OF APPEALS
OF TEXAS
AT HOUSTON

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK_____

| | | |
|---|---|---|
| Shamsher Medih Chisti<br>Appellant, | § | |
| | § | |
| | § | |
| v. | § | Appeals Court No. 01-13-00780-CV |
| | § | Trail Court No. 2013-12431 |
| | § | |
| Sana Chisti aka Kiran Wilwerding<br>Appellee. | § | |
| | § | |

## MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Shamsher Medih Chisti, Appellant Pro-Se, presenting his Motion for Rehearing in the above Styled and Numbered Case and in support of said Motion would respectfully show this Honorable Court the following:

### I.
### Court Applied Costs to the winning party

1. On March 03, 2015, this Honorable Court issued Opinion Reversing the trial Court's dismissal for Want of Prosecution of Appellant Shamsher Medih Chisti's (hereinafter "Appellant,") Bill of Review. Upon granting Appellant's relief in this case the Court of Appeals assessed the costs and fees of the appeal to the Appellant when the Texas Rules of Appellant Procedure, Rule 43.4, clearly demand that the losing party be assessed said costs and fees.

2. Appellant filed a Motion to Modify the Judgment in this case and now files a Motion to have the case on appeal reheard to entertain his Motion to Modify the Judgment.

MOTION FOR REHEARING                                                    Page 1

SO PRAYED THIS the 27th day of March, 2015.

Respectfully Submitted,

X _____

Shamsher Medih Chisti
TDCJ-ID No. 1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Ft. Stockton, Tx 79735

### Declaration

I, Shamsher Medih Chisti, TDCJ-ID #1490300, being presently incarcerated at the James A. Lynaugh Unit of TDCJ-ID, declare under penalty of perjury that the foregoing facts are true and correct.

X _____

Shamsher Medih Chisti
Appellant Pro-Se

### Certificate of Service

I certify that a true and correct copy of the foregoing was sent to the Appellee(s) at the following address(es) by placing the same in U.S. Mail postage pre-paid on this the 27th day of March, 2015. Addressed to:

Honorable Chris Daniel
District Clerk
257th District Court
P . O . Box No. 4651
Houston, Tx 77210

Sana Chisti aka Kiran Wilwerding
5078 Hauna Lane
Dickinson, Tx 77539

X _____

Appellant Pro-Se
Shamsher Medih Chisti

Shamsher Medih Chisti
TDCJ-ID No. 1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK

To,

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Tx 77002

Date: March 27, 2015

Styled: Shamsher Medih Chisti v. Sana Chisti aka Kiran Wilwerding
Court of Appeals No. 01-13-00780-CV
Trial Court Cause No. 2013-12431

Dear Mr. Prine,

Greetings. Enclosed you will find my Motion for Extension of Time and Motion for Rehearing which you have requested me to file. I already mailed my Motion to Modify Judgment on the 23th of March, 2015 to your office.

Very important, I called the trial court the 257th Judicial District Court of Harris County, Texas about the Court of Appeals reversing and remanding my case back. They informed me that my case is not yet docketed and is still in the Court of Appeals for final consideration. I have already mailed the trial court with Judgement and Citation and Service, so the trial Court can summons the Appellee to answer/appeared, on my Bill of Review.

I am also enclosing a SASE (Self Address Stamp Envelop) for your convenience, so that you can date/stamp the cover copy of this letter and mail me the copy.

Your attention in this matter is greatly appreciated.

Sincerely Yours,

X _____
Shamsher Medih Chisti
Appellant Pro-Se

cc: File
Chris Daniel
Sana Chisti aka Kiran Wilwerding

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK_____

Shamsher Medih Chisti                       §
      Appellant,

§

§

v.                                                      §     Appeals Court No. 01-13-00780-CV

§     Trail Court No. 2013-12431

§

Sana Chisti aka Kiran Wilwerding§
      Appellee.

§

## MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Shamsher Medih Chisti, Appellant Pro-Se, presenting his Motion for Rehearing in the above Styled and Numbered Case and in support of said Motion would respectfully show this Honorable Court the following:

### I.

### Court Applied Costs to the winning party

1. On March 03, 2015, this Honorable Court issued Opinion Reversing the trial Court's dismissal for Want of Prosecution of Appellant Shamsher Medih Chisti's (hereinafter "Appellant,") Bill of Review. Upon granting Appellant's relief in this case the Court of Appeals assessed the costs and fees of the appeal to the Appellant when the Texas Rules of Appellant Procedure, Rule 43.4, clearly demand that the losing party be assessed said costs and fees.

2. Appellant filed a Motion to Modify the Judgment in this case and now files a Motion to have the case on appeal reheard to entertain his Motion to Modify the Judgment.

MOTION FOR REHEARING                                              Page 1

SO PRAYED THIS the 27th day of March, 2015.

Respectfully Submitted,

X _____
Shamsher Medih Chisti
TDCJ-ID No. 1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Ft. Stockton, Tx 79735

## Declaration

I, Shamsher Medih Chisti, TDCJ-ID #1490300, being presently incarcerated at the James A. Lynaugh Unit of TDCJ-ID, declare under penalty of perjury that the foregoing facts are true and correct.

X _____
Shamsher Medih Chisti
Appellant Pro-Se

## Certificate of Service

I certify that a true and correct copy of the foregoing was sent to the Appellee(s) at the following address(es) by placing the same in U.S. Mail postage pre-paid on this the 27th day of March, 2015. Addressed to:

Honorable Chris Daniel
District Clerk
257th District Court
P . O . Box No. 4651
Houston, Tx 77210

Sana Chisti aka Kiran Wilwerding .
5078 Hauna Lane
Dickinson, Tx 77539

X _____
Appellant Pro-Se
Shamsher Medih Chisti

Shamsher Medih Chisti
TDCJ-ID No. 1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK

To,

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Tx 77002

Date: March 27, 2015

Styled: Shamsher Medih Chisti v. Sana Chisti aka Kiran Wilwerding
Court of Appeals No. 01-13-00780-CV
Trial Court Cause No. 2013-12431

Dear Mr. Prine,

Greetings. Enclosed you will find my Motion for Extension of Time and Motion for Rehearing which you have requested me to file. I already mailed my Motion to Modify Judgment on the 23th of March, 2015 to your office.

Very important, I called the trial court the 257th Judicial District Court of Harris County, Texas about the Court of Appeals reversing and remanding my case back. They informed me that my case is not yet docketed and is still in the Court of Appeals for final consideration. I have already mailed the trial court with Judgement and Citation and Service, so the trial Court can summons the Appellee to answer/appeared, on my Bill of Review.

I am also enclosing a SASE (Self Address Stamp Envelop) for your convenience, so that you can date/stamp the cover copy of this letter and mail me the copy.

Your attention in this matter is greatly appreciated.

Sincerely Yours,

X _____
Shamsher Medih Chisti
Appellant Pro-Se

cc: File
    Chris Daniel
    Sana Chisti aka Kiran Wilwerding

Chisti Shamsher #1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Fort Stockton, Tx 79735

To,
Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Tx 77002

***Legal Mail

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK